UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAM DONAGHE,<br><br>                Plaintiff,<br><br>    v.<br><br>WES DIAZ, DARYL WEEKS, CATHI HARRIS, THE SPECIAL COMMITMENT CENTER, THE DEPARTMENT OF SOCIAL HEALTH SERVICES, HEATHER SACHA, and JOHN DOE,<br><br>                Defendant. | CASE NO. C13-6040 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on Magistrate Judge Karen L. Strombom's Report and Recommendation (Dkt. 14) that Plaintiff's Motion to Dismiss (Dkt. 13) should be granted and plaintiff's action should be dismissed without prejudice. The parties were given until February 28, 2014 to file objections. No objections were filed by that date.

1 | The court, having reviewed the Report and Recommendation and the remainder of the
2 | file herein, hereby orders that:
3 |   1. The Report and Recommendation (Dkt. 14) is **ADOPTED**.
4 |   2. Plaintiff's Motion to Dismiss (Dkt. 13) is **GRANTED**. This cause of action is
5 |      **DISMISSED** without prejudice.
6 | The Clerk is directed to send uncertified copies of this Order to all counsel of record and
7 | to any party appearing *pro se* at said party's last known address.
8 | Dated this 3rd day of March, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge